PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 2:19-cr-222-KJD-BNW |
| Matter Sealed: ☐ Juvenile ☑ Other than Juvenile | USA vs. |
| ☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added ☐ Indictment ☐ Charges/Counts Added ☐ Information | Defendant: LANGE K. BRADFORD |
| Name of District Court, and/or Judge/Magistrate Location (City) UNITED STATES DISTRICT COURT — Las Vegas DISTRICT OF NEVADA — Divisional Office | Address: |
| Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich ☐ U.S. Atty ☐ Other U.S. Agency Phone No. (702) 388-6336 | FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD   CLERK US DISTRICT COURT DISTRICT OF NEVADA   BY: DEPUTY |
| Name of Asst. U.S. Attorney (if assigned): PATRICK BURNS | ☐ Interpreter Required   Dialect: |
| | Birth Date _____   ☑ Male ☐ Female   ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any) Elizabeth Lam ~ IRS | Social Security Number _____ |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| | Issue: ☐ Warrant ☑ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status: Arrest Date _____ or Date Transferred to Federal Custody _____ |
| | ☐ Currently in Federal Custody |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense | ☐ Currently in State Custody ☐ Writ Required ☐ Currently on bond ☐ Fugitive |
| SHOW DOCKET NO. | |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | Defense Counsel (if any): _____ |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | MAG. JUDGE CASE NO. |
| | ☐ FPD ☐ CJA ☐ RET'D |
| | ☐ Appointed on Target Letter |
| Place of offense: _____ County _____ | ☐ This report amends AO 257 previously submitted |

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 28

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 26 U.S.C. § 7206(2) | Aiding and Assisting in the Preparation of False Tax Returns | 1 - 28 |