UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LANCE K. BRADFORD,

Defendant,

CASE NO. 2:19-CR-000222-KJD-BNW

**ORDER**

Based on the Stipulation between the Defendant, Lance K. Bradford and the Government, through counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that the conditions of Defendant Bradford's pretrial release be modified as follows:

1. Mr. Bradford may travel to Canada for up to one week in January, 2020, with his current estimated travel to be January 5 through January 8, 2020.

2. Mr. Bradford will obtain his passport from U.S. Pretrial Services within one week prior to his travel. U.S. Pretrial Services will provide the passport to him for the purpose of this travel. Mr. Bradford will return his passport to Pretrial Services within two business days of his return to the United States.

3. All other conditions of Pretrial Supervision remain in effect.

IT IS SO ORDERED.

Dated: December 2, 2019.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE