RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
russ@wmllawlv.com

Attorneys for Defendant LANCE K. BRADFORD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:19-CR-00222-KJD-BNW |
| LANCE K. BRADFORD, ) | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| Defendant. ) | **(First Request)** |

IT IS HEREBY STIPULATED and agreed, by and between, LANCE K. BRADFORD, Defendant, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, and RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, and NICHOLAS A. TRUTANICH, United States Attorney, by PATRICK BURNS and STEVEN W. MYHRE, Assistant United States Attorneys, that the parties shall have to and including June 3, 2020, within which to file any pretrial motions. The parties shall have 14 days within which to file responses to any motions; and seven days after that date to file any reply.

This stipulation is entered into for the following reasons:

1. On September 20, 2019, this Court entered an Order designating this case as complex and setting a schedule for filing pretrial motions, with such motions being due on or before May 4, 2020; responses due 14 days later; and any replies due within one week after that.

///

2. Defendant Bradford requires additional time to prepare pretrial motions, among other reasons, due to the voluminous nature of the discovery in this case and scheduling and logistics issues caused by the current Coronavirus situation.

3. Failure to grant this request for additional time would deny the parties the opportunity to address properly prepare and brief appropriate pretrial motions. .

4. Additionally, continuance of the current motions deadlines would be appropriate to promote the goals set forth under 18 U.S.C. § 3161(h)(7)(A), which provides that a court may grant a continuance on the basis of finding that the "ends of justice" served by a continuance outweigh the best interest of the public and the Defendant in a speedy trial.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all of the above stated reasons, the ends of justice would be best served by a continuance of the motions deadlines as set forth above.

DATED: May 1, 2020.

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| By __/s/ Russell E. Marsh__ | By __/s/ Patrick Burns__ |
| RICHARD A. WRIGHT | PATRICK BURNS |
| RUSSELL E. MARSH | STEVEN W. MYHRE |
| 300 S. Fourth Street | Assistant U.S. Attorneys |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| | Las Vegas, NV 89101 |
| Counsel for Defendant Bradford | |

**************************************

**ORDER**

Based on the Stipulation between counsel for Defendant Bradford and the Government, and good cause appearing therefore, the Court hereby orders that the parties shall have to and including June 3, 2020, within which to file any pretrial motions; they shall have 14 days within which to file response to any motions; and seven days to file any replies.

Dated: 5/4/2020

_____
BRENDA N. WEKSLER
U.S. MAGISTRATE JUDGE

3