1  RICHARD A. WRIGHT, ESQUIRE
   Nevada Bar No. 886
2  RUSSELL E. MARSH, ESQUIRE
   Nevada Bar No. 11198
3  WRIGHT MARSH & LEVY
   300 S. Fourth Street
4  Suite 701
   Las Vegas, NV 89101
5  (702) 382-4004
   (702) 382-4800 (Fax)
6  rick@wmllawlv.com
   russ@wmllawlv.com
7  Attorneys for Defendant Bradford

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-000222-KJD-BNW |
| Plaintiff, | |
| vs. | |
| LANCE K. BRADFORD, | |
| Defendant, | |

**STIPULATION AND ORDER TO MODIFY
CONDITION OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and STEVEN W. MYHRE, Assistant United States Attorney, and Defendant LANCE K. BRADFORD, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, and RUSSELL E. MARSH, ESQUIRE, that the conditions of Mr. Bradford's Pretrial Release be modified to (1) eliminate the requirement of supervision by the U.S. Pretrial Services Office; and (2) allow for the return of his passport, so that he can travel internationally upon notification of attorneys for the government. The parties agree to eliminate or modify certain conditions of release so that these changes can take effect.

///

///

1. On September 3, 2019, Mr. Bradford appeared pursuant to a Summons, and was released on a PR Bond. (ECF No.7). Mr. Bradford was placed on pretrial supervision, he was ordered to surrender his passport, and his travel was restricted to the continental United States unless approved by Pretrial Services. (*Id*. at 3).

2. Mr. Bradford appeared for arraignment on a Superseding Indictment on September 9, 2020, and he was continued on the same terms of release. (ECF No. 38). Mr. Bradford's trial in this matter is currently set for November 15, 2021. (ECF No. 44).

3. The parties agree that the requirement that Mr. Bradford report to Pretrial Services (ECF No. 7, Condition No. 7) should be eliminated in its entirely.

4. The parties also agree that the conditions of Mr. Bradford's pretrial release be modified to allow him to obtain his passport and to travel internationally. Conditions Nos. 17 and 19 of Mr. Bradford's PR Bond (ECF No. 7) will be stricken. Condition No. 20 of his PR Bond (ECF No. 7) will be modified to provide that Mr. Bradford will notify the attorneys for the government prior to any international travel and when he returns to the United States.

5. Pretrial Services agrees with these changes in Mr. Bradford's conditions of release. Mr. Bradford's Pretrial Services Officer Jessie Moorehead has reviewed and does not oppose this Stipulation and Order.

6. The parties agree that all other conditions of Mr. Bradford's release will remain in full force and effect.

Dated this 17th day of May, 2021.

|  |  |
|---|---|
| WRIGHT MARSH & LEVY | Respectfully submitted,<br><br>CHRISTOPHER CHIOU<br>ACTING UNITED STATES ATTORNEY |
| BY  /s/ Russell E. Marsh<br>    RICHARD A. WRIGHT, ESQUIRE<br>    RUSSELL E. MARSH, ESQUIRE<br>    Attorneys for Defendant Bradford | BY  /s/ Steven W. Myhre<br>    STEVEN W. MYHRE<br>    Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
           Plaintiff, )
                 vs. ) CASE NO. 2:19-CR-000222-KJD-BNW
LANCE K. BRADFORD, )
           Defendant, )

**ORDER**

Based on the Stipulation between the Defendant, Lance K. Bradford, and the Government, through counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that the conditions of Defendant Bradford's pretrial release be modified as follows:

1. The requirement that Mr. Bradford report to U.S. Pretrial Services (PR Bond, Condition No. 7) is eliminated.

2. Mr. Bradford will be allowed to travel internationally without prior the approval of U.S. Pretrial Services or the Court. Conditions Nos. 17 and 19 will be stricken from the PR Bond (ECF No. 7). U.S. Pretrial Services will return Mr. Bradford's passport to him forthwith.

3. Condition No. 20 of the PR Bond (ECF No. 7) is modified to provide that Mr. Bradford will provide notice of any international travel to the attorneys for the government prior to any international travel and will notify them of his return to the United States.

4. All other conditions Mr. Bradford's of pretrial release remain in effect.

IT IS SO ORDERED.

Dated: May 18, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE