# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>LANCE K. BRADFORD,  )<br>  )<br>Defendant.  )<br>  ) | Case No. 2:19-CR-00222-KJD-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court and hereby extends the current motions deadlines for 30 days.

**IT IS HEREBY ORDERED** that the parties shall have until July 8, 2021, to file any pretrial motions. Responses to any motions shall be filed within 14 days from the date of service of the motions; and any replies may be filed within 7 days of service of the responses.

Dated:  6/10/2021

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE