UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LANCE K. BRADFORD,<br><br>　　　　Defendant. | Case No.  2:19-CR-00222-KJD-BNW<br><br>**ORDER** |

　　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court and hereby extends the reply deadline on the pending Motion to Continue (ECF No. 56) for one week.

　　　　**IT IS HEREBY ORDERED** that the Defendant shall have until September 27, 2021, to file any reply memorandum, if needed, on the Motion to Continue Trial Date and Motions Deadlines.

　　　　Dated:  September 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE