RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
russ@wmllawlv.com

Attorneys for Defendant LANCE K. BRADFORD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                    )
                                             )        Case No.  2:19-CR-00222-KJD-BNW
          Plaintiff,                         )
                                             )        **STIPULATION AND ORDER**
          vs.                                )        **TO CONTINUE HEARING ON**
                                             )        **MOTION TO QUASH**
LANCE K. BRADFORD,                           )
                                             )        **(First Request)**
          Defendant.                         )
_____        )

IT IS HEREBY STIPULATED and agreed, by and between, LANCE K. BRADFORD,

Defendant, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, and RUSSELL E.

MARSH, ESQUIRE, WRIGHT MARSH & LEVY, and Non-Party DEAN WALKER, by and

through his counsel, PAUL S. PADDA, ESQUIRE, that the hearing on Mr. Walker's Motion to

Quash Subpoena by Non-Party Dean Walker (ECF No. 53), now scheduled for September 30, 2021,

at 10:00 a.m. (ECF No. 55), be continued to a reset date after that date and before October 7, 2021.

This stipulation is entered into for the following reasons:

1.       Counsel for Mr. Bradford wishes to attend a funeral that is to take place the same

morning as the currently scheduled hearing.

2.       Mr. Walker, through his counsel, Mr. Padda, agrees to continue the hearing.  Mr.

Padda requests that the hearing be reset to a date before October 7, 2021, when he is scheduled to

begin jury selection for a state court trial set to start on October 11, 2021.

1    3.    The government has informed Mr. Bradford's counsel it does not oppose resetting

2  the hearing date.

3    4.    This is the first request to continue this motion hearing.

4    WHEREFORE, the Defendant, Lance Bradford, and Non-Party Dean Walker, through

5  counsel, jointly request that the hearing on Mr. Walker's Motion to Quash be continued and reset

6  as requested herein.

7    Dated this 28th day of September, 2021.

8  WRIGHT MARSH & LEVY                    PAUL PADDA LAW, PLLC

9  By _/s/ Russell E. Marsh_____    By_____/s/ Paul S. Padda_____
     RICHARD A. WRIGHT, ESQUIRE              PAUL S. PADDA, ESQUIRE
10   RUSSELL E. MARSH, ESQUIRE               4560 S. Decatur Boulevard
     300 S. Fourth Street                    Suite 300
11   Suite 701                               Las Vegas, NV 89103
     Las Vegas, NV 89101                     Counsel for Dean Walker
12   Counsel for Defendant Bradford

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )  Case No. 2:19-CR-00222-KJD-BNW
)
          vs. **)**  **ORDER**
)
LANCE K. BRADFORD, )
)
    Defendant. )
)

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court and hereby continues the hearing on the pending Motion to Quash (ECF Nos. 53, 55).

    **IT IS HEREBY ORDERED** that the hearing is reset to _____October 6_____, 2021, at ____11 a.m.____.

    Dated: __9/29/2021__

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

3