JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6298 / Fax: (702) 388-5087

PATRICK BURNS
Nevada Bar No. 11779
Trial Attorney
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Steven.Myhre@usdoj.gov
J.Patrick.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:19-CR-00222-GMN-BNW |
| Plaintiff, | |
| vs. | STIPULATION REGARDING THE LENGTH OF THE JUNE 14, 2022 *FRANKS* HEARING |
| LANCE K. BRADFORD, | |
| Defendant. | |

JASON M. FRIERSON, Acting United States Attorney, through STEVEN W. MYHRE, Assistant United States Attorney, and PATRICK BURNS, Trial Attorney, Department of Justice – Tax Division, and RUSSELL MARSH, ESQ., RICHARD A. WRIGHT, ESQ., and GEORGE P. KELESIS, ESQ., counsel for Defendant LANCE K. BRADFORD, submit the following stipulation regarding the length of the June 14, 2022

*Franks* Hearing:

1. On May 5, 2022, the Court entered an order requiring the parties to submit by May 31, 2022 a stipulation regarding the length of the upcoming June 14, 2022 *Franks* evidentiary hearing. ECF No. 94 at 2:12-14.

2. Defendant's position is that the hearing will require two days to complete. The government's position is that the hearing can be completed in one day.

3. Defendant and the government have conferred over witnesses and agreed that the government will begin the hearing by presenting testimony from retired FBI Special Agent Michael Elliott, IRS CI Special Agent Jared Robbins, and retired IRS CI Special Agent Charyn Aldred.

4. Additional witnesses the defendant intends to call include Michael Holpuch (the declarant for Exhibits 2 and 4 attached to defendant's motion, ECF No. 83), and Brian Atwood or another IT provider for LL Bradford. Defendant might also potentially call himself and/or his wife, Leilani Bradford, as witnesses.

5. The government anticipates potentially calling IRS CI Special Agent Elizabeth Lam to briefly testify regarding evidence bearing on defendant's standing to bring a *Franks* suppression motion.

6. Defendant anticipates potentially seeking to call one or more rebuttal witnesses during the hearing.

Dated this 31st day of May, 2022

                                                JASON M. FRIERSON
                                                United States Attorney

By: /s/Russell Marsh, Esq.
_____
RUSSELL MARSH, ESQ.
Counsel for Defendant BRADFORD

By: /s/Steven W. Myhre
/s/Patrick Burns
_____
STEVEN W. MYHRE
Assistant United States Attorney
PATRICK BURNS
Trial Attorney – Tax Division
United States Department of Justice

By: /s/Richard A. Wright, Esq.
_____
RICHARD A. WRIGHT, ESQ.
Counsel for Defendant BRADFORD

By: /s/George P. Kelesis, Esq.
_____
GEORGE P. KELESIS, ESQ.
Counsel for Defendant BRADFORD

**ORDER**

IT IS ORDERED that ECF No. 97 is GRANTED to the extent that the Court will set aside June 15, 2022 for the hearing to continue, if necessary, into a second day.

**IT IS SO ORDERED**

**DATED:** 4:23 pm, June 01, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**