RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
russ@wmllawlv.com

Attorneys for Defendant LANCE K. BRADFORD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                          )<br>        Plaintiff,              )<br>                                          )<br>        vs.                        )<br>                                          )<br>LANCE K. BRADFORD,    )<br>                                          )<br>        Defendant.           )<br>_____) | Case No.  2:19-CR-00222-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND HEARING DATE AND BRIEFING DEADLINE**<br><br>**(First Request)** |

   IT IS HEREBY STIPULATED and agreed, by and between, LANCE K. BRADFORD, Defendant, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, and RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, and JASON M. FRIERSON, United States Attorney, by STEVEN W. MYHRE, Assistant United States Attorney, and J. PATRICK BURNS, Trial Attorney, United States Department of Justice, that the *Franks* hearing now scheduled for July 8, 2022, be continued for at least 10 days, preferably to July 18 or 19, 2022.  In addition, the parties agree that Mr. Bradford will have until July 6, 2022, to file his brief on the standing issue.

   This stipulation is entered into for the following reasons:

   1.   This Court ordered that a *Franks* hearing be held in this matter and that matter has so far been heard on June 14-15, 2022.  (ECF Nos. 94, 99, 108, 109.)  A third hearing day of the hearing has been set for July 8, 2022.  (ECF No. 108.)

2. On the morning of July 1, 2022, one of Mr. Bradford's counsel tested positive for COVID-19. Out of caution, the parties have agreed to continue the third hearing day for at least 10 days.

3. The parties are available for a one-day hearing on July 18, 19 or 29, 2022. Mr. Bradford is not available the week of August 1, 2022.

4. In addition, Mr. Bradford's brief on the standing issue is now due on July 1, 2022. (ECF No. 108.) The parties agree that Mr. Bradford may file his brief on the issue of standing on or before July 6, 2022.

5. This is the first request to extend the hearing date and response deadline.

WHEREFORE, the United States of America, and the Defendant, Lance Bradford, jointly request that Day 3 of the *Franks* hearing be continued, and that Mr. Bradford's time to brief the standing issue be extended.

Dated this 1st day of July, 2022.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| By  */s/ Russell E. Marsh* | By  */s/ Steven W. Myhre* |
| RICHARD A. WRIGHT, ESQUIRE | STEVEN W. MYHRE |
| RUSSELL E. MARSH, ESQUIRE | Assistant U.S. Attorney |
| 300 S. Fourth Street | 501 Las Vegas Boulevard South |
| Suite 701 | Suite 1100 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Counsel for Defendant Bradford | |
| | By  */s/ J. Patrick Burns* |
| | J. Patrick Burns |
| | Trial Attorney |
| | Tax Division |
| | U.S. Department of Justice |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LANCE K. BRADFORD, ) <br> ) <br> Defendant. ) | Case No.  2:19-CR-00222-GMN-BNW <br><br> **ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby continues Day 3 of the *Franks* hearing to  July 29th , 2022, at 10:00 a.m. in Courtroom 3A.

**IT IS FURTHER ORDERED** that Mr Bradford shall have until July 6, 2022, to file his brief on the standing issue.

Dated: 7/5/2022

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

3