RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
russ@wmllawlv.com

Attorneys for Defendant LANCE K. BRADFORD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LANCE K. BRADFORD,<br><br>　　　　Defendant. | Case No.  2:19-CR-00222-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE**<br><br>**(Second Request)** |

　　　　IT IS HEREBY STIPULATED and agreed, by and between, LANCE K. BRADFORD, Defendant, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, and RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, and JASON M. FRIERSON, United States Attorney, by STEVEN W. MYHRE, Assistant United States Attorney, and J. PATRICK BURNS, Trial Attorney, United States Department of Justice, that the briefing schedule will be extended so that Mr. Bradford will have until July 8, 2022, to file his brief on the standing issue.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　On July 1, 2022, the parties filed a Stipulation to continue the third day of the ongoing *Franks* hearing because defense counsel had contracted COVID-19.  (ECF No. 116.)  The hearing date was moved to July 29, 2022.  (ECF No. 118.)

///

2. In the same Stipulation, the parties agreed that Mr. Bradford would have until July 6, 2022, to file his brief on the standing issue, and the Court signed the Order extending that time limit. (ECF Nos. 116, 118.)

3. Mr. Bradford's brief on the standing issue is now due on July 6, 2022. (ECF No. 118.) Mr. Bradford requires additional time to prepare and file this brief. The parties agree that Mr. Bradford may file his brief on the issue of standing on or before July 8, 2022.

4. This is the second request to extend this briefing deadline.

WHEREFORE, the United States of America, and the Defendant, Lance Bradford, agree that Mr. Bradford's time to brief the standing issue be extended for two days.

Dated this 6th day of July, 2022.

| | |
|---|---|
| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Russell E. Marsh*<br>RICHARD A. WRIGHT, ESQUIRE<br>RUSSELL E. MARSH, ESQUIRE<br>300 S. Fourth Street<br>Suite 701<br>Las Vegas, NV 89101<br>Counsel for Defendant Bradford | By   */s/ Steven W. Myhre*<br>STEVEN W. MYHRE<br>Assistant U.S. Attorney<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101<br><br>By  */s/ J. Patrick Burns*<br>J. Patrick Burns<br>Trial Attorney<br>Tax Division<br>U.S. Department of Justice |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>                    vs.                          **)**<br>                                                        )<br>LANCE K. BRADFORD,                   )<br>                                                        )<br>            Defendant.                      )<br>                                                        ) | Case No.  2:19-CR-00222-KJD-BNW<br><br>**ORDER** |

    Based on the pending Stipulation of counsel, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Mr Bradford shall have until July 8, 2022, to file his brief on the standing issue.

    Dated: __7/7/2022__

                                                                    _____
                                                                    BRENDA N. WEKSLER
                                                                    UNITED STATES MAGISTRATE JUDGE