RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
russ@wmllawlv.com
smuralidhara@wmllawlv.com
Attorneys for Defendant LANCE K. BRADFORD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-00222-GMN-BNW |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OBJECTIONS AND RESPONSE ON REPORT AND RECOMMENDATION** |
| vs. ) | |
| LANCE K. BRADFORD, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED and agreed, by and between, LANCE K. BRADFORD, Defendant, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, and JASON M. FRIERSON, United States Attorney, by STEVEN W. MYHRE, Assistant United States Attorney, and J. PATRICK BURNS, Trial Attorney, United States Department of Justice, that the parties' deadlines for filing objections to the Report and Recommendation dated April 18, 2023 (ECF 149), and responses thereto, be extended for one week each, as set forth herein.

This stipulation is entered into for the following reasons:

///

///

1. On March 30, 2022, Mr. Bradford filed a motion to suppress and request for a *Franks* hearing. (ECF 83.) Magistrate Judge Weksler set this motion for an evidentiary hearing, and testimony was heard on June 14-15, 2022, and July 29, 2022. (ECF 108, 109, 128.)

2. Following the evidentiary hearing, Judge Weksler set a post-hearing briefing schedule on the motion. (ECF 128.) Mr. Bradford filed his brief on September 30, 2022; the government filed its response on October 31, 2022; and the reply was filed on November 14, 2022. (ECF 133, 137, 139.)

3. On February 24, 2023, the parties filed a Stipulation to Continue Trial, which was granted. (ECF 147, 148.) The current trial date is September 11, 2023. (ECF 148.)

4. On April 18, 2023, Judge Weksler filed her Report and Recommendation, denying the motion to suppress. (ECF 149.) The Report and Recommendation was served on the parties through the CM/ECF system on April 19, 2023. *Id.*

5. Under the local rules, the deadline for filing objections to a magistrate judge's findings and recommendations is 14 days after service of the report and recommendation. LR IR 3-2. Thus, although the Minute Order suggests otherwise (ECF 149), any objections are due by May 3, 2023. Any responses would be due 14 days after service of the objections. LR IR 3-2.

6. The parties agree that due to the complexity of the issues raised, as well as the extensive briefing and record on this motion, the parties should have 21 days to file objections, and 21 days after that to file responses to the objections.

7. In addition, Mr. Marsh, one of the attorneys for Mr. Bradford, was out of the country on a pre-planned family trip from April 20-26, 2023.

8. Under the agreed schedule, any objections are due by May 10, 2023; and any responses thereto would need to be filed by May 31, 2023.

9. This extension of the schedule should not affect the current trial date, as objections and responses would be filed more than 3 months before the trial date of September 11, 2023.

///

///

///

WHEREFORE, the United States of America, and the Defendant, Lance Bradford, jointly request that the parties be given an extension of one week each to file their objections and responses on the Report and Recommendation on Mr. Bradford's motion to suppress.

Dated this 1st day of May, 2023.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By  */s/ Russell E. Marsh*<br>  RICHARD A. WRIGHT, ESQUIRE<br>  RUSSELL E. MARSH, ESQUIRE<br>  SUNETHRA MURALIDHARA, ESQUIRE<br>  300 S. Fourth Street<br>  Suite 701<br>  Las Vegas, NV 89101<br>  Counsel for Defendant Bradford | By     */s/ Steven W. Myhre*<br>  STEVEN W. MYHRE<br>  Assistant U.S. Attorney<br>  501 Las Vegas Boulevard South<br>  Suite 1100<br>  Las Vegas, NV 89101<br><br>By   */s/ J. Patrick Burns*<br>  J. Patrick Burns<br>  Trial Attorney<br>  Tax Division<br>  U.S. Department of Justice |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-CR-00222-GMN-BNW |
| Plaintiff, | |
| vs. | **ORDER** |
| LANCE K. BRADFORD, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court and hereby extends the deadline for the parties to file objections and responses on the Report and Recommendation served on April 19, 2023 (ECF 149), as follows: (1) the parties shall file any objections on or before May 10, 2023; and (2) responses to any objections shall be filed by May 31, 2023.

Dated: May 1, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE