JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorney
United States Attorney's Office, District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
Steven.Myhre@usdoj.gov

PATRICK BURNS
Nevada Bar No. 11779
Trial Attorney
Department of Justice, Tax Division
150 M. Street, N.E.
Washington, D.C. 20002
Tel.: (202) 514-5762
Fax: (202) 514-9623
J.Patrick.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LANCE K. BRADFORD, <br><br> Defendant. | CASE NO: 2:19-CR-00222-GMN-BNW <br><br> **STIPULATION TO CONTINUE ALL TRIAL SUBPOENAS AND ORDERS TO APPEAR** |

It is hereby stipulated and agreed, by and between JASON M. FRIERSON, United States Attorney, through STEVEN W. MYHRE, Assistant United States Attorney and PATRICK BURNS, Trial Attorney – Department of Justice, Tax Division, and RUSSELL MARSH, ESQ., RICHARD A. WRIGHT, ESQ., SUNETHRA MURALIDHARA, ESQ., and GEORGE P. KELESIS, ESQ., counsel for defendant LANCE K. BRADFORD, that

any trial subpoenas of orders to appear be continued to the new trial date in this matter, October 16, 2023 at 8:30 a.m.

This Stipulation is entered into for the following reasons:

1. On August 16, 2023, the Court vacated the September 11, 2023 trial date in this matter and reset the trial date to begin on October 16, 2023 at 8:30 a.m.

2. The parties request that the Court enter an order continuing to the new trial date of October 16, 2023 at 8:30 a.m. any trial subpoenas previously served on any witnesses in the case and any orders extending those subpoenas.

JASON M. FRIERSON
United States Attorney

By: /s/Russell Marsh, Esq.
   RUSSELL MARSH, ESQ.
   RICHARD A. WRIGHT, ESQ.
   SUNETHRA MURALIDHARA, ESQ.

   Counsel for Defendant BRADFORD

By: /s/Patrick Burns
   STEVEN W. MYHRE
   Assistant United States Attorney
   PATRICK BURNS
   Trial Attorney – Tax Division
   United States Department of Justice

By: /s/George P. Kelesis, Esq.
   GEORGE P. KELESIS, ESQ.

   Counsel for Defendant BRADFORD

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LANCE K. BRADFORD,<br><br>　　　　　　Defendant. | CASE NO: 2:19-CR-00222-GMN-BNW<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

## ORDER

IT IS ORDERED that any subpoenas or orders to appear at trial previously served on witnesses for the previous September 11, 2023 trial date are hereby **continued** and those witnesses remain under subpoena for personal appearance on the first day of trial set to commence on October 16, 2023 at 8:30 a.m. in Courtroom 7D.

Dated this 17 day of August, 2023

By: _____
HON. GLORIA M. NAVARRO
U.S. DISTRICT COURT JUDGE