JASON FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN W. MYHRE
Assistant United States Attorney
Nevada Bar No. 9635
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Steven.Myhre@usdoj.gov

PATRICK BURNS
Nevada Bar No. 11779
Trial Attorney
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
4 Constitution Square
150 M Street N.E.
Washington, D.C. 20002
J.Patrick.Burns@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE K. BRADFORD,<br><br>Defendant. | Case No. 2:19-cr-00222-GMN-BNW<br><br>Stipulation for Rule 15 Deposition |

The parties in the above-captioned matter stipulate and agree to the taking of the deposition of Azam HAKIM pursuant to Rule 15(h), Federal Rules of Criminal Procedure and seek an Order from the Court to that effect, attaching a proposed Order. This Stipulation is submitted for the following reasons:

1. The government anticipates calling Azam HAKIM to testify during the trial of this matter and has served him with a trial subpoena compelling his attendance. At the time of service, trial was set to commence on September 11, 2023.

2. The government represents that counsel for the government met with Mr. HAKIM before the September trial setting at which meeting Mr. HAKIM expressed his willingness to testify and represented that he had no conflicts with the September trial setting.

3. On August 15, 2023, the Court entered an Order continuing the trial date to commence on October 16, 2023. ECF No. 157.

4. Upon informing Mr. HAKIM of the new trial setting, the government learned that the new setting conflicted with Mr. HAKIM's travel plans that will likely take him out of the country for at least three weeks commencing on October 18, 2023. Absent the cancellation of his travel plans, Mr. HAKIM would not likely be available to testify in person at trial.

5. The parties desire to take the deposition of Mr. HAKIM pursuant to Fed. R. Crim. P. 15(h), to accommodate Mr. HAKIM's travel plans while preserving his testimony for potential presentation at trial.

6. The parties agree that the deposition will be taken pursuant to the requirements and authorities of Fed. R. Crim. P. 15 and the Federal Rules of Civil Procedure. By agreeing to the taking of the deposition neither party waives any objection or challenge to the admissibility of the testimony at trial except that neither party will object to its admission on the basis that the testimony does not qualify as Former Testimony under Fed. R. Evid. 804(b)(1).

7. The parties agree that the deposition will take place in Las Vegas, Nevada, on a date and at a time mutually agreed upon by all parties but occurring no later than September 25, 2023.

8. The parties agree that the United States shall bear all costs and fees associated with taking the deposition except for the travel and subsistence expenses of the defendant and counsel for the defendant.

9. The parties agree that the parties will each designate such portions of the deposition that each side seeks to admit at trial on or before October 4, 2023. The parties shall have until on or before October 10, 2023, to file any Motions in Limine seeking to preclude any deposition testimony; and the parties may file any Response on or before October 13, 2023.

1. Wherefore, the parties respectfully request that the Court accept the Stipulation and enter a conforming Order, authorizing the Rule 15 Deposition of Azam HAKIM.

Dated: September 6, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Steven W. Myhre
/s/ Patrick Burns

_____
STEVEN W. MYHRE
Assistant United States Attorney
PATRICK BURNS
Trial Attorney – Tax Division
United States Department of Justice


WRIGHT MARSH & LEVY

/s/ Russell E. Marsh

_____
RICHARD A. WRIGHT
RUSSELL E. MARSH
SUNETHRA MURALIDHARA
Counsel for Defendant Lance K. BRADFORD

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LANCE K. BRADFORD,<br><br>    Defendant. | Case No. 2:19-cr-00222-GMN-BNW<br><br>**ORDER** |

    This matter coming on the parties' Stipulation to take the deposition of Azam HAKIM in the above-captioned matter pursuant to Fed. R. Crim. P. 15(h), the premises therein having been considered by the Court, and good cause showing, the Court accepts the Stipulation, adopts it as the Findings of this Court, and Orders as follows:

    1.    The parties shall take the deposition of Azam HAKIM in Las Vegas, Nevada, on a date and time mutually agreed upon by the parties but no later than September 25, 2023.

    2.    The deposition shall be taken pursuant to the procedures and requirements of Fed. R. Crim. P. 15 and the Federal Rules of Civil Procedure.

    3.    By taking the deposition neither party waives any objection or challenge to the admissibility of the deposition testimony at trial except that neither party shall object to its admissibility on the basis that is does not qualify as Former Testimony under Fed. R. Evid. 804(b)(1).

4. The government shall bear the costs and expenses associated with taking the deposition except for the travel and subsistence expenses of the defendant and counsel for the defendant.

5. Each of the parties will designate such portions of the deposition that each seeks to admit at trial on or before October 4, 2023. Each of the parties shall have until on or before October 10, 2023, to file any Motions in Limine seeking to preclude any deposition testimony; and each may file any Response on or before October 13, 2023.

6. The service of the Order will constitute all process necessary to compel the deposition testimony of Azam HAKIM on the date and time agreed upon by the parties.

**IT IS SO ORDERED**, this 7th day of September, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE